IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> V. <br><br> JESUS PEREZ FUENTES | NO. 3:22-MJ-323-BK |

**MOTION FOR PRETRIAL DETENTION**

The United States moves for pretrial detention of defendant**, Jesus Perez Fuentes,** pursuant to 18 U.S.C. §3142(e) and (f).

1. Eligibility of Case.  This case is eligible for a detention order because the case involves (check all that apply):

  \_\_\_ Crime of violence (18 U.S.C. §3156);

  \_\_\_ Maximum sentence life imprisonment or death

  \_x\_ 10 + year drug offense

  \_\_\_ Felony, with two prior convictions in above categories

  \_x\_ Serious risk defendant will flee

  \_x\_ Serious risk obstruction of justice

  \_\_\_ Felony involving a minor victim

  \_\_\_ Felony involving a firearm, destructive device, or any other dangerous weapon

  \_\_\_ Felony involving a failure to register (18 U.S.C. § 2250)

**Motion for Detention - Page 1**

2. <u>Reason for Detention.</u>  The Court should detain the defendant because there are no conditions of release which will reasonably assure (check one or both):

    __X__  the defendant's appearance as required

    __X__  Safety of any other person and the community

3. <u>Rebuttable Presumption.</u>  The United States will/will not invoke the rebuttable presumption against defendant because (check one or both):

    __x__  Probable cause to believe the defendants committed 10+ year drug offense or firearms offense, 18 U.S.C. §924(c)

    _____  Probable cause to believe defendant committed a federal crime of terrorism, 18 U.S.C. §2332b(g)(5)

    _____  Probable cause to believe defendant committed an offense involving a minor, 18 U.S.C. §§1201, 2251

    _____  Previous conviction for "eligible" offense committed while on pretrial bond

Pursuant to Fed. R. Crim. P. 32.1(a)(6) and 18 U.S.C. § 3142(a), the government opposes any motion by the defendant for release pending trial.  The defendant cannot show by clear and convincing evidence that he is not a flight risk or a danger to the community.  See Fed. R. Crim. P. 32.1(a)(6).  The government asserts that there is no condition or combination of conditions that would reasonably assure the defendant's presence at trial.  18 U.S.C. § 3142(a)(3).  For these reasons, the government asks that the defendant be detained pending trial in this case.

**Motion for Detention - Page 2**

4. <u>Time For Detention Hearing.</u>  The United States requests the Court conduct the detention hearing,

    ____ At first appearance

    _x_ After continuance of __3__ days (not more than 3).

DATED this 31st day of March 2022.

Respectfully submitted,

CHAD E. MEACHAM
UNITED STATES ATTORNEY

    */s/ L. Rachael Jones*
L. RACHAEL JONES
Assistant United States Attorney
State Bar of Texas No. 24032481
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8600
Email: rachael.jones@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that I filed this motion with the United States District Clerk for the Northern District of Texas and a copy will be provided to the defense counsel of record in accordance with the Federal Rules of Criminal Procedure. Certified on this 31st day of March 2022.

    */s/ L. Rachael Jones*
L. RACHAEL JONES
Assistant United States Attorney

**Motion for Detention - Page 3**