IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2022 APR 19 PM 12:09
DEPUTY CLERK___MS___

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. |
| JESUS ALEXANDER PEREZ FUENTES | **3-22CR0156-K** |

### INDICTMENT

The Grand Jury charges:

<u>Count One</u>
Possession with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 841(a)(1) & (b)(1)(C))

On or about March 30, 2022, in the Dallas Division of the Northern District of Texas, **Jesus Alexander Perez Fuentes**, the defendant, did knowingly and intentionally possess with the intent to distribute a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide also known as Fentanyl, a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1)&(b)(1)(C).

Indictment – Page 1

Count Two
Possession of a Firearm
In Furtherance of a Drug Trafficking Crime
(Violation of 18 U.S.C. § 924(c)(1)(A)(i))

On or about March 30, 2022, in the Dallas Division of the Northern District of Texas, the defendant, **Jesus Alexander Perez Fuentes**, did knowingly possess a firearm; to wit: Glock .45 caliber pistol, serial number BSRT487, in furtherance of the commission of a drug trafficking crime, for which the defendant may be prosecuted in a court of the United States, that is, possession with intent to distribute a controlled substance, in violation of 21 U.S.C. § 841, as charged in Count One of this indictment.

In violation of 18 U.S.C. § 924(c)(1)(A)(i).

Indictment – Page 2

## Forfeiture Notice
## (21 U.S.C. § 853(a))

Upon conviction of the offense alleged in Count One of this indictment and pursuant to 21 U.S.C. § 853(a), the defendant, **Jesus Alexander Perez Fuentes**, shall forfeit to the United States of America any property constituting or derived from proceeds obtained, directly or indirectly, as a result of the offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense, specifically $13,821 seized on the day of the offense.

Upon conviction for the offenses charged in Count Two of the indictment, pursuant to 18 U.S.C. § 924(d), **Jesus Alexander Perez Fuentes,** the defendant, shall forfeit to the United States of America, any firearm, ammunition, and magazine involved or used in the offense, specifically:

Glock .45 caliber pistol, serial number BSRT487

TRUE BILL

_____
FOREPERSON

CHAD E. MEACHAM
UNITED STATES ATTORNEY

_____
L. RACHAEL JONES
Assistant United States Attorney
Texas State Bar No. 24032481
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone:   214-659-8600
Facsimile:   214-659-8803
E-mail: rachael.jones@usdoj.gov

Indictment – Page 4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

JESUS ALEXANDER PEREZ FUENTES

INDICTMENT

21 U.S.C. § 841(a)(1) & (b)(1)(C)
Possession with Intent to Distribute a Controlled Substance
(Count 1)

18 U.S.C. § 924(c)(1)(A)(i)
Possession of a Firearm In Furtherance of a Drug Trafficking Crime
(Count 2)

21 U.S.C. § 853(a)
Forfeiture Notice

2 Counts

---

A true bill rendered

---

DALLAS                          *[signature]*                          FOREPERSON

Filed in open court this _19_ day of April, 2022.

---

**Defendant in Federal Custody since March 30th, 2022**

---

*[signature]*
UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number: 3:22-MJ-323